IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE JOSEPH HAYES,

    Petitioner,         No. 2:09-cv-2433-WBS-JFM (HC)

  vs.

D.K. SISTO,

    Respondent.      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2010, petitioner filed a motion for leave to add more citations to his petition. Good cause appearing, IT IS HEREBY ORDERED that petitioner's February 19, 2010 motion is granted and shall be filed as a supplement to his August 31, 2009 petition.

DATED: March 11, 2010.

                               UNITED STATES MAGISTRATE JUDGE

/014.haye2433.mot

1