IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE JOSEPH HAYES,

      Petitioner,              No. 2:09-cv-2433-WBS-JFM (HC)

   vs.

D.K. SISTO,

      Respondent.      ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 20, 2010, this matter was reassigned to the undersigned in a related case order.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent is directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

/////

/////

/////

1

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

DATED: March 29, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.haye2433.100