IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE JOSEPH HAYES,

    Petitioner,      No. 2:09-cv-2433-WBS-JFM (HC)

  vs.

D.K. SISTO,

    Respondent.      <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 5, 2010, petitioner filed a motion for leave to add citation to habeas corpus petition. On May 3, 2010, petitioner filed a motion to amend the petition for writ of habeas corpus. Both motions seek to add citations to the August 31, 2009 petition.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's April 5, 2010 and May 3, 2010 motions are granted and shall be filed as supplements to his August 31, 2009 petition. All further requests to supplement the petition in this manner will be denied.

DATED: May 27, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.haye2433.supp

1